# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| 655 Third Avenue | 1010 Northern Boulevard |
| --- | --- |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

February 3, 2016

<u>Via Electronic Case Filing</u>
The Honorable Lois Bloom
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Rosario, et al. v. Valentine Avenue Discount Store, Co., et al.*
     <u>Docket No. 10-CV-05255 (ERK)(LB)</u>

Dear Judge Bloom:

  As the Court is aware, this office represents all plaintiffs in the above-referenced matter. Pursuant to the Court's January 28, 2016 Scheduling Order, yesterday we filed via ECF the Joint Motion for Final Approval of Collective and Class Action Settlement, an Award of Attorneys' Fees and Expenses, a Service Award for Plaintiff Julian Rosario, and the Entry of Final Judgment ("Joint Motion"). Dkt. 275. In paragraph forty-seven of the Declaration of Michael J. Borrelli, annexed to the Joint Motion, we advised the Court that we were unable to locate receipts for some of the expenses related to this matter but that we were working diligently to obtain them. One such receipt was for $10,474.70 for publication of the Class Notice in the Spanish-language daily newspaper, *El Diario*, on three dates in December of 2013. In Footnote two of Mr. Borrelli's Declaration we noted that we had contacted *El Diario* and believed that we would have a copy of the receipt on February 3, 2016, and would supplement our filing at that time. We were in fact able to obtain that receipt earlier today and write now to provide it to the Court. Accordingly, the receipt is attached hereto and we respectfully request that the Court consider it a supplement to Exhibit F of Mr. Borrelli's February 2, 2016 Declaration in Support of the Joint Motion.

We will further supplement the Joint Motion if we are able to obtain any of the remaining outstanding expense receipts.  We look forward to the Fairness Hearing on February 11, 2016.

                    Respectfully Submitted,
                    ___/s/_____
                    Alexander T. Coleman, Esq.
                       *For the Firm*

To: All Counsel via ECF



**1 METROTECH CTR.**
**BROOKLYN, NY  11201**
**PHONE (212)807-4600**     EIN# 75-3119924

ADVERTISING INVOICE  121413

REMIT TO:

El Diario LLC
P.O. BOX 15093
LOS ANGELES, CA 90015-0093

**Borrelli & Associates**
**1010 Northern Blvd.**
**Suite 328**
**Great Neck, New York 11021**

| BILLING DATE | TOTAL AMOUNT | PAYMENT DUE |
|---|---|---|
| 12/12/13 | $10,473.70 | UPON RECEIPT |

FROM:

| Account # | | |
|---|---|---|
| 6004756 | | |

TIPPY RUIZ

| DATE | REFERENCE NUMBER | DESCRIPTION | DIMENSIONS | TIMES | BILLED UNITS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12/14/2013 | 4416341 | 5 COL. X 10 INCH | | 1 | 1 | | $4,188.90 |
| 12/17/2013 | 4416341 | 5 COL. X 10 INCH | | 1 | 1 | | $4,188.90 |
| 12/28/2013 | 4416341 | 5 COL. X 10 INCH | | 1 | 1 | | $2,095.90 |
| 12/12/2013 | Credit card payment ending #7249 | | | | | | -$10,473.70 |

**Paid in Full on 12/12/13**

| | | | | | | Balance | $0.00 |
|---|---|---|---|---|---|---|---|



# Sales Receipt

## Clasificados

Wednesday, February 03, 2016

**Sales Representative:** Ruiz, Esperanza

**Customer** BORRELLI & ASSOCIATE    **Customer No** 6004756
**Address** 1010 NORTHERN BLVD
**City** GREAT NECK    **State** NY    **Zip** 11021
**Phone** 516-248-5550

**Ad Copy (Not to scale)**

| | |
|---|---|
| Ad Number | 4417017 |
| Publication Dates | 12/28/2013 - 12/28/2013 |
| Scheduled Times | 1 |
| Ad Headline | borreli & Associates |
| Classification | 0805 |
| Editions/Sections | EDLP/NYDT/ |
| Total Ad Cost | $2,095.90 |
| Amount Tendered | $2,095.90 |

**Payment Details**

- ☐ Cash
- ☐ Check #
- ☐ E-Check #
- ☑ Credit Card — Receipt # 7249
- ☐ Other

**Notice to Advertiser:** Ad copy should be checked for errors by the advertiser. Credit for Publisher error in advertisements will be allowed for the first insertion only and only for the portion of the advertisement, which was incorrect, and must be reported on the first day of publication. CANCELLATION of the classified advertisement prior to the first day of publication is subject to a ONE DAY RATE FEE. **Ad Copy is enlarged for better viewing.**

Phone (212) 807-4601 Fax (212) 807-4617
1 Metrotech Center, Fl 18th Brooklyn, NY 11201



# Sales Receipt — Clasificados

Wednesday, February 03, 2016

**Sales Representative:** Ruiz, Esperanza

**Customer** BORRELLI & ASSOCIATE    **Customer No** 6004756
**Address** 1010 NORTHERN BLVD
**City** GREAT NECK    **State** NY    **Zip** 11021
**Phone** 516-248-5550

**Ad Copy (Not to scale)**

| | |
|---|---|
| Ad Number | 4416341 |
| Publication Dates | 12/14/2013 - 12/17/2013 |
| Scheduled Times | 2 |
| Ad Headline | borreli & Associates |
| Classification | 0805 |
| Editions/Sections | EDLP/NYDT/ |

| | |
|---|---|
| Total Ad Cost | $8,377.80 |
| Amount Tendered | $0.00 |

**Payment Details**

- ☐ Cash
- ☐ Check #
- ☐ E-Check #
- ☑ Credit Card
- ☐ Other

Receipt #

**Notice to Advertiser:** Ad copy should be checked for errors by the advertiser. Credit for Publisher error in advertisements will be allowed for the first insertion only and only for the portion of the advertisement, which was incorrect, and must be reported on the first day of publication. CANCELLATION of the classified advertisement prior to the first day of publication is subject to a ONE DAY RATE FEE. **Ad Copy is enlarged for better viewing.**

Phone (212) 807-4601 Fax (212) 807-4617
1 Metrotech Center, Fl 18th Brooklyn, NY 11201