# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| 655 Third Avenue | 1010 Northern Boulevard |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

February 4, 2016

*Via Electronic Case Filing*
The Honorable Lois Bloom
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Rosario, et al. v. Valentine Avenue Discount Store, Co., et al.*
                Docket No. 10-CV-05255 (ERK)(LB)

Dear Judge Bloom:

      As the Court is aware, this office represents all plaintiffs in the above-referenced matter. On February 2, 2016, pursuant to the Court's January 28, 2016 Scheduling Order, we filed via ECF the Joint Motion for Final Approval of Collective and Class Action Settlement, an Award of Attorneys' Fees and Expenses, a Service Award for Plaintiff Julian Rosario, and the Entry of Final Judgment ("Joint Motion"). Dkt. 275. At the January 28, 2016 conference, the Parties advised the Court that there were five individuals who had submitted requests to be excluded from the settlement. Defendants' counsel, George Peters, further advised the Court that he believed that those individuals had misunderstood the purpose of the exclusion mechanism, simply did not wish to claim funds under the Settlement, and planned to imminently rescind their requests to opt-out. But, because we had not received those rescissions by the February 2, 2016 due date, in the Joint Motion, specifically in paragraph nine of the Declaration of Stephen Donaldson, a representative of Garden City Group, we reported that there were five individuals who had requested exclusion. The proposed order that we submitted with the motion also listed the names of these five people.

2

      This afternoon we were advised that these five people indeed sent letters rescinding their requests to be excluded and confirming that they did not wish to collect any funds under the settlement agreement. These five rescissions are annexed hereto. As such, we are now able to report that there are presently no individuals who object to the settlement, wish to be excluded from it, or have requested to speak at the February 11, 2016 Fairness Hearing.

                                                                                                   Respectfully Submitted,
                                                                             ___/s/_____
                                                                             Alexander T. Coleman, Esq.
                                                                                 *For the Firm*

To: All Counsel via ECF

January 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JULIAN ROSARIO, on behalf of himself and all others similarly situated.

            Plaintiffs,

v.

VALENTINE AVENUE DISCOUNT STORE, CO. INC., *et. al.*

            Defendants.

10-CV-5255 (ERK) (LB)

To whom it may concern:

My name is __PAULINA Cepeda__. Please disregard my opt-out notice submitted in the above-captioned matter. I misunderstood the nature of this part of the proceedings. I do not wish to participate in any recovery. Thank you.

Regards,

*Paulina Cepeda*

January 15, 2016

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIAN ROSARIO, on behalf of himself and all others similarly situated.<br><br>      Plaintiffs,<br><br>  v.<br><br>VALENTINE AVENUE DISCOUNT STORE, CO. INC., *et. al.*<br><br>      Defendants. | 10-CV-5255 (ERK) (LB) |

To whom it may concern:

My name is ___Elie  MIWUH___. Please disregard my opt-out notice submitted in the above-captioned matter. I misunderstood the nature of this part of the proceedings. I do not wish to participate in any recovery. Thank you.

Regards,

*[signature]*

January 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN ROSARIO, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> VALENTINE AVENUE DISCOUNT STORE, CO. INC., *et. al.* <br><br> Defendants. | 10-CV-5255 (ERK) (LB) |

To whom it may concern:

My name is __Iris M. Mirabal__. Please disregard my opt-out notice submitted in the above-captioned matter. I misunderstood the nature of this part of the proceedings. I do not wish to participate in any recovery. Thank you.

Regards,

*[signature: Iris Mirabal]*

anuary 7, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN ROSARIO, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VALENTINE AVENUE DISCOUNT STORE, CO. INC., *et. al.* <br><br> Defendants. | 10-CV-5255 (ERK) (LB) |

To whom it may concern:

My name is __CHATIAM Persaud__. Please disregard my opt-out notice submitted in the above-captioned matter. I misunderstood the nature of this part of the proceedings. I do not wish to participate in any recovery. Thank you.

Regards,

*[signature]*

January 29, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN ROSARIO, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> VALENTINE AVENUE DISCOUNT STORE, CO. INC., *et. al.* <br><br> Defendants. | 10-CV-5255 (ERK) (LB) |

To whom it may concern:

My name is __Abdallah Seidu__. Please disregard my opt-out notice submitted in the above-captioned matter. I misunderstood the nature of this part of the proceedings. I do not wish to participate in any recovery. Thank you.

Regards,

ABDALLAH SEIDU