# Exhibit A

January 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JULIAN ROSARIO, on behalf of himself
and all others similarly situated.

         Plaintiffs,

v.

VALENTINE AVENUE DISCOUNT
STORE, CO. INC., *et. al.*

         Defendants.

10-CV-5255 (ERK) (LB)

To whom it may concern:

My name is __PAULINA Cepeda__. Please disregard my opt-out notice submitted in the above-captioned matter. I misunderstood the nature of this part of the proceedings. I do not wish to participate in any recovery. Thank you.

Regards,

*Paulina Cepeda*

January 15, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN ROSARIO, on behalf of himself and all others similarly situated. | |
| Plaintiffs, | 10-CV-5255 (ERK) (LB) |
| v. | |
| VALENTINE AVENUE DISCOUNT STORE, CO. INC., *et. al.* | |
| Defendants. | |

To whom it may concern:

My name is __Elie Miwi H__. Please disregard my opt-out notice submitted in the above-captioned matter. I misunderstood the nature of this part of the proceedings. I do not wish to participate in any recovery. Thank you.

Regards,

*[signature]*

January 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN ROSARIO, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> VALENTINE AVENUE DISCOUNT STORE, CO. INC., *et. al.* <br><br> Defendants. | 10-CV-5255 (ERK) (LB) |

To whom it may concern:

My name is __Iris M. Mirabal__. Please disregard my opt-out notice submitted in the above-captioned matter. I misunderstood the nature of this part of the proceedings. I do not wish to participate in any recovery. Thank you.

Regards, *[signature]*

January 7, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN ROSARIO, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> VALENTINE AVENUE DISCOUNT STORE, CO. INC., *et. al.* <br><br> Defendants. | 10-CV-5255 (ERK) (LB) |

To whom it may concern:

My name is __CHATIAM PERSAUD__. Please disregard my opt-out notice submitted in the above-captioned matter. I misunderstood the nature of this part of the proceedings. I do not wish to participate in any recovery. Thank you.

Regards,

*[signature]*

January 29, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN ROSARIO, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br>  v.<br><br>VALENTINE AVENUE DISCOUNT STORE, CO. INC., *et. al.*<br><br>                Defendants. | 10-CV-5255 (ERK) (LB) |

To whom it may concern:

My name is **Abdallah Seidu**. Please disregard my opt-out notice submitted in the above-captioned matter. I misunderstood the nature of this part of the proceedings. I do not wish to participate in any recovery. Thank you.

Regards,

ABDALLAH SEIDU